```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 03494
   MAURO I FRANCISCO
   MARIA S FRANCISCO                            CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
        Debtor
   SSN XXX-XX-5968     SSN XXX-XX-8815
```

---
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/03/05 and confirmed on 03/18/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  40300.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| MIDLAND MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| MIDLAND MORTGAGE CO | MORTGAGE ARRE | 3003.18 | .00 | 3003.18 |
| CHASE AUTOMOTIVE FINANCE | SECURED | 14000.00 | 1592.26 | 14000.00 |
| CHASE AUTO FINANCE CORP | SECURED | 13000.00 | 1478.48 | 13000.00 |
| ACC INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 2708.76 | .00 | 270.88 |
| CREDITORS BANKRUPTCY SER | FILED LATE | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 618.10 | .00 | 61.81 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1153.23 | .00 | 115.32 |
| CREDITORS BANKRUPTCY SER | UNSECURED | 1724.78 | .00 | 172.48 |
| CREDITORS BANKRUPTCY SER | UNSECURED | 2631.78 | .00 | 263.18 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5784.68 | .00 | 578.47 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1309.09 | .00 | 130.91 |
| US BANK | UNSECURED | 2603.19 | .00 | 260.32 |
| USA FEDERAL CREDIT UNION | UNSECURED | 4073.00 | .00 | 407.30 |
| USAA FEDERAL SAVINGS BAN | UNSECURED | 3272.17 | .00 | 327.22 |
| CHASE AUTO FINANCE CORP | UNSECURED | 7619.64 | .00 | 761.96 |
| CHASE AUTOMOTIVE FINANCE | UNSECURED | 414.94 | .00 | 41.49 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 30003.18 | .00 | 33913.36 | .00 | 63916.54 |
| PRINCIPAL PAID | 30003.18 | .00 | 3391.34 | .00 | 33394.52 |
| INTEREST PAID | 3070.74 | .00 | .00 | .00 | 3070.74 |
| TOTAL PAID | 33073.92 | .00 | 3391.34 | .00 | 36465.26 |

The Debtor's attorney, LEGAL HELPERS PC          , was allowed $   2700.00 and was paid $    700.00   direct and $   2000.00   through the plan.

The Trustee received $   1732.45 .

Refunds to the Debtor totaled $   102.29 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE